

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00698-CR

Alejandro M. **BRAVO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR10352
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 27, 2018.

_____
Patricia O. Alvarez, Justice